AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

VICTORIA R. FLEMING,

    Plaintiff,

**AMENDED JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: CV121-137

KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated July 15, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. The Court affirms the Acting Commissioner's final decision. Judgment is entered in favor of the Acting Commissioner, and this civil action stands closed.



7/18/2022  
Date

John E. Triplett  
Clerk

*Tara H. Burton*  
(By) Deputy Clerk

GAS Rev 10/1/03